## LUCCA v. STATE.
### No. 19078.

Court of Criminal Appeals of Texas.
June 16, 1937.

Percy Foreman, of Houston, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

CHRISTIAN, Judge.

The conviction is for a misdemeanor, the punishment being assessed at a fine of $100.

1056

The record is before us without a statement of facts or bills of exception. No question is presented for review.

The judgment is affirmed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.